UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND O'TOOLE, ILONA SPIEGEL, and STEVEN FARRELL, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>ANDREW M. CUOMO, in his official capacity as Governor of the State of New York, NIRAV R. SHAH, in his official capacity as Commissioner of the New York State Department of Health, KRISTIN M. WOODLOCK, in her official capacity as Acting Commissioner of the New York State Office of Mental Health, THE NEW YORK STATE DEPARTMENT OF HEALTH, and THE NEW YORK STATE OFFICE OF MENTAL HEALTH,<br><br>     Defendants. | Index No. 13-cv-4166<br><br><br>**[REVISED ~~PROPOSED~~] ORDER APPROVING CLASS NOTICE AND SCHEDULING FAIRNESS HEARING** |
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>STATE OF NEW YORK,<br><br>     Defendants. | Index No. 13-cv-4165 |

  The parties' Notice of Proposed Changes to the Settlement Agreement and Fairness Hearing is APPROVED. A Fairness Hearing will be held before Judge Nicholas G. Garaufis on June 18, 2018, at 1:00 p.m., in Courtroom 4D, at United States District Courthouse, Brooklyn, New York.

  Any Class Member shall have the right to appear and be heard at the Fairness Hearing or to submit a written objection to the Court, pursuant to the terms of the Notice of Proposed Changes to the Settlement Agreement and Fairness Hearing. All

class members who register to speak at the Fairness Hearing will be assigned and given a number by which they will be called. Class members may choose whether to identify themselves at the time that they speak or be identified solely by their assigned number. The names of class members who register to speak will be kept under seal by the Court.

      IT IS SO ORDERED.

Dated: April 17, 2018
       Brooklyn, New York

                                      s/Nicholas G. Garaufis
                                  NICHOLAS G. GARAUFIS
                                  United States District Judge