

U.S. Department of Justice

*United States Attorney's Office*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 12, 2018

<u>VIA ECF</u>

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:   <u>United States v. State of New York, 13-cv-4165 (NGG)</u>
                <u>O'Toole et al. v. Cuomo et al., 13-cv-4166 (NGG)</u>

Dear Judge Garaufis:

      On behalf of all parties to the above referenced actions, the United States respectfully submits the attached proposed Supplement to the Second Amended Stipulation and Order in the above referenced action. This Supplement provides for numerous changes to the current process for transitioning individuals with serious mental illness from adult homes to community placements and reflects almost twelve months of carefully considered and intensive negotiations to improve the assessment and transition processes.

      The parties are available, as always, to answer any questions the Court may have, including whether there is a need for a fairness hearing before the Court so orders the Supplement.

      Respectfully Submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:      _____/s/_____           _____/s/_____
          Michael J. Goldberger                Eliza Dermody
          Chief of Civil Rights, Civil Division    Jennifer Bronson
          United States Attorney's Office        Trial Attorneys
          Eastern District of New York          Disability Rights Section
          271 Cadman Plaza East                Civil Rights Division
          Brooklyn, New York 11201           U.S. Department of Justice
          (718) 254-6052                          (202) 305-0463
          Michael.Goldberger@usdoj.gov    Eliza.Dermody@usdoj.gov
                                                    Jennifer.Bronson2@usdoj.gov

Cc: All parties (via ECF)

2