

U.S. Department of Justice

*United States Attorney's Office*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 16, 2021

**By ECF**

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. State of New York*, 13-cv-4165 (NGG)
               *O'Toole et al. v. Cuomo et al.*, 13-cv-4166 (NGG)

Dear Judge Garaufis:

      The parties in the above-referenced actions submit for the Court's approval the attached settlement agreement regarding Wavecrest Home for Adults (Wavecrest). On January 22, 2021, the Court scheduled a hearing for April 19, 2021 to address a report by the Independent Reviewer that Wavecrest interfered with the work of Settlement Implementation Providers.

      We are pleased to report that, after extensive negotiations, we have reached agreement with Wavecrest to address the Independent Reviewer's allegations. The parties and Wavecrest respectfully ask the Court to so-order the agreement and cancel the April 19, 2021 hearing. We stand ready to answer any questions the Court may have.

                                    Respectfully Submitted,

                                    SETH D. DuCHARME
                                    Acting United States Attorney

                    By:           /s/
                                  Michael J. Goldberger
                                  Assistant U.S. Attorney
                                  (718) 254-6052
                                  Michael.goldberger@usdoj.gov

Cc:     All parties (via ECF)
           Jacob Laufer, Esq. (via. Email)