UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>- against -<br><br>STATE OF NEW YORK,<br><br>*Defendant*.<br><br>RAYMOND O'TOOLE, ILONA SPIEGEL, and STEVEN FARRELL, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>- against -<br><br>KATHLEEN C. HOCHUL, in her official capacity as Governor of the State of New York et al.,,<br><br>*Defendants*. | 13-CV-4165 (NGG)<br><br>**APPLICATION BY ERIN KANDEL PURSUANT TO LOCAL CIVIL RULE 1.4 FOR LEAVE TO WITHDRAW AS COUNSEL** |

ERIN KANDEL, an attorney duly admitted to practice before this Court, declares under penalty of perjury that the following is true and correct, pursuant to 28 U.S.C. § 1746:

1. I am an Assistant Attorney General in the office of Letitia James, the Attorney General of the State of New York, attorney for defendants State of New York and Kathleen C. Hochul ("Defendants").

2. On November 13, 2016, I filed a notice appearance in this action on behalf of the Defendants (ECF No. 74).

3. I will no longer be employed as Assistant Attorney General in the Litigation Bureau of the New York State Office of the Attorney General, effective close of business on September 29, 2023.

4. In light of my imminent departure from the Litigation Bureau, and the continuing representation of the Defendants by the New York State Office of the Attorney General and AAG Adam Sansolo (ECF No. 279), I respectfully request that my name be removed from the docket as an attorney representing the Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 29, 2023

*Erin Kandel*
ERIN KANDEL
Assistant Attorney General

Executed on September 29, 2023 in New York, New York.